# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: David Emil Harabin**  
        Debtor(s)

**BK NO. 22-01446 MJC**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Bank of America, N.A. and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*  
Denise Carlon  
09 Aug 2022, 12:11:22, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322