United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01446-MJC |
| David Emil Harabin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Aug 10, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Emil Harabin, 648 North St., Hazle Township, PA 18202-3613 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2022           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| David Emil Harabin, | : | Case No. 5:22-01446–MJC |
| | : | |
| Debtor. | : | |

### ORDER TO APPEAR AND SHOW CAUSE
### WHY BANKRUPTCY CASE SHOULD NOT BE DISMISSED
### AND SANCTIONS IMPOSED FOR VIOLATION OF THE INJUNCTION

On August 5, 2022, the debtor David Harabin ("Debtor") filed a pro se voluntary Chapter 13 bankruptcy petition ("Petition"). The Debtor filed a prior Chapter 13 case (Case No. 22-00248) that was dismissed on the Chapter 13 Trustee's Motion to Dismiss with Prejudice for failure to file schedules, statements, and a plan. The Order dismissing the prior case imposed an injunction that prohibited the Debtor from filing another bankruptcy case in this district for a period of 365 days without prior leave of Court to do so ("March 29th Injunction Order").[1] See Case No. 22-00248, Dkt. #23. No motion for leave seeking permission to file a petition was filed with the Court.

Accordingly, it is hereby

**ORDERED** that the Debtor **SHALL APPEAR** at a hearing scheduled for **Thursday, August 18, 2022 at 11:00 a.m.** in the United States Bankruptcy Court, Max Rosenn U.S. Courthouse, Courtroom 2, 197 S. Main Street, Wilkes-Barre, Pennsylvania 18701 and **SHOW CAUSE** (1) why this bankruptcy case should not be dismissed for failure to comply with the March 29th Injunction Order and (2) why **SANCTIONS** should not be imposed, **including but**

---

[1] The Chapter 13 Trustee's Motion to Dismiss was granted based on the Debtor's demonstrated abuse of the bankruptcy system in filing three (3) prior Chapter 13 petitions within a four (4) year period that were dismissed because the Debtor failed to comply with his duties under 11 U.S.C. §521.

1

not limited to, extending the injunction on filing another case for another 180 days; it is further

**ORDERED, that failure to attend the hearing will result in the above-captioned case being dismissed without further notice or hearing.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 9, 2022

cc:

David Emil Harabin
648 North Street
Hazle Township, Pa 18702

Ms. Denise Carlon, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

2