United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01446-MJC |
| David Emil Harabin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Aug 18, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Emil Harabin, 648 North St., Hazle Township, PA 18202-3613 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| David Emil Harabin, | : | Case No. 5:22-01446–MJC |
| | : | |
| Debtor. | : | |
| | : | |

## ORDER DISMISSING CASE AND IMPOSING A FURTHER BAR

Upon consideration of the Court's Order to Appear and Show Cause Why Bankruptcy Should Not Be Dismissed and Sanctions Imposed for Violation of the Injunction entered on August 9, 2022, Dkt. # 10, after a hearing held on August 18, 2022 where the Debtor David Harabin ("Debtor") failed to appear, and for the reasons stated on the record,

It is hereby

**ORDERED** that the above-captioned bankruptcy case is **DISMISSED** as having been filed in violation of the injunction imposed by the Order dated March 29, 2022 in Case No. 22-00248, Dkt. # 23;

**ORDERED** that as a sanction for violation of the Court's Order, the injunction is **extended for a period of 180 days** from the expiration date of the prior injunction, i.e., **though and including September 25, 2023**;

**ORDERED** that the Clerk of Court is directed to **CLOSE** this case, and refuse to accept any future attempted bankruptcy filings by the Debtor during the injunction period, without prior order of the Court.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 18, 2022

1

cc:

David Emil Harabin
648 North Street
Hazle Township, Pa 18702

Ms. Denise Carlon, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106